Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 5038 | DATE | 2/27/2008 |
| CASE TITLE | Robert Harris, et al. vs. Ocwen Federal Bank FSB, et al. | | |

**DOCKET ENTRY TEXT**

Case dismissed pursuant to Joint Stipulation of Dismissal With Prejudice.

*/s/ Charles Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|